# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21cr0945-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA** |
| JUAN CARLOS HERNANDEZ OCEGUEDA (2), | |
| Defendant. | |

Pursuant to the agreement of the parties—and the "fair and just" reasons set forth in the parties' joint motion—the Court orders that the previous guilty plea and accompanying plea agreement entered on March 1, 2021 be withdrawn.

IT IS SO ORDERED.

Dated: March 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge